MIE 1A
Revised 08\18

Order of the Court to Continue Supervision

**UNITED STATES DISTRICT COURT**
**for the**
**Eastern District of Michigan**

UNITED STATES OF AMERICA

     v.

BRANDON BOWDITCH

Crim. No.:  22CR20554-1

On 02/10/2026 the Court authorized the issuance of a supervised release warrant based upon a violation petition citing violations of supervision. The issues of the violations were heard in Court on 07/07/2026, and the Court made the following findings:

  X  Guilty of violating conditions of supervision contained in Violations 2 – 4, and the Court found BOWDITCH responsible after pleading no contest as to Violation 1. The following special condition of supervision is added:

"YOU MUST NOT COMMUNICATE, OR OTHERWISE INTERACT, WITH VICTIM A.H., EITHER DIRECTLY OR INDIRECTLY, WITHOUT FIRST OBTAINING PERMISSION FROM THE PROBATION OFFICER."

Respectfully submitted,

s/Lukas W. Docherty
United States Probation Officer

**ORDER OF THE COURT**

Pursuant to the above, it is ordered that the pending violation matter be resolved and supervision in this case be continued. All conditions imposed at the time of sentencing, along with any subsequent modifications to those conditions, remain in effect.

Dated this 9th day of July, 2026.

s/Matthew F. Leitman
Matthew F. Leitman
United States District Judge